Eugen Dunlap

33620 Pintail St

Woodland, CA 95695

(530) 668-8455, erdunlap@ucdavis.edu

**FILED**

JUN 30 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Eugen Dunlap

    PLAINTIFF,

vs.

Army & Air Force Exchange Service

    DEFENDANT,

NO. 2 11 - CV - 1 7 4 9 MCE DAD

**COMPLAINT**

I am requesting from the 'Army & Air Force Exchange Service' the release of personal information of my biological father. He worked for the Exchange System in Germany in the years 1951, 1952 at the US Army Base of Grafenwöhr and Weiden.

*Eugen Dunlap* (signature)

# Eugen Dunlap

27 June 2011

United States District Court
Eastern District of California Sacramento
501 I Street, Suite. 4-200
Sacramento, CA 95814

Dear Federal Judge:

I am filing a civil (miscellaneous) case in the United States District Court of Sacramento. With it I am trying to get the US Military to release documents in regard to my biological father. I am therefore asking you to sign the enclosed subpoena, as requested by to the Army & Air Force Exchange Service.

A little bit about my background and reason for my request: I was born 1953 in Germany to a German unwed woman. In 1954 my mother married US Army Officer Norman Dunlap and in 1955 I was adopted by him.

My mother passed away 1995 and my father 2004. Almost immediately after my father passed away, rumors surfaced that my father was not my biological one. I had DNA testing done confirming that this was the case. I was kind of surprised because I had considered him my real father and felt was never treated differently than my four other brothers.

I knew about my adoption but my mother always 'swore' that it was for 'international law reasons'. With that she meant that American military personnel were not allowed to marry German nationals after the war and as soon as this law was dropped they married. And then it took awhile afterwards to get the whole adoption procedure on track.

I started asking my German side of the family for any information about my story. Slowly I gathered that there was another American, who was my wife's boss and whose name was Mulvihill (I know no first name – nothing else). Both my mother and he worked at the Army & Air Force Exchange Service (commonly known as PX but at that time called EES [Eucom

# Eugen Dunlap

Exchange System]) at the US Army Grafenwöhr Training area and Weiden, both in West Germany.

I also had additional FamilyTree DNA testing done to possibly find out if I had other relatives out there and to confirm the rumors that Mulvihill was my biological father.  I only had partial success, I was officially added to the Mulvihill clan (allesel at DYS448=17) but it didn't produce any close relatives.

Now I see my only chance in the release of the complete name of my mother's supervisor along with information about his Social Security Number, to find out if he is still alive and to give closure to the unanswered chapter of my life.


I have enclosed as documents:

Army & Air Force Exchange Service denial of information request with letter

Communication with Mulvihill clan

Adoption papers

Death certificates for my parents

Birth certificates for myself

Family tree DNA results

Paternity Analysis Report



Thank you for considering my case
Sincerely,



Eugen Dunlap

# Eugen Dunlap

27 June 2011

United States District Court
Eastern District of California Sacramento
501 I Street, Suite. 4-200
Sacramento, CA 95814

Dear Federal Judge:

I am filing a civil (miscellaneous) case in the United States District Court of Sacramento. With it I am trying to get the US Military to release documents in regard to my biological father. I am therefore asking you to sign the enclosed subpoena, as requested by to the Army & Air Force Exchange Service.

A little bit about my background and reason for my request: I was born 1953 in Germany to a German unwed woman. In 1954 my mother married US Army Officer Norman Dunlap and in 1955 I was adopted by him.

My mother passed away 1995 and my father 2004. Almost immediately after my father passed away, rumors surfaced that my father was not my biological one. I had DNA testing done confirming that this was the case. I was kind of surprised because I had considered him my real father and felt was never treated differently than my four other brothers.

I knew about my adoption but my mother always 'swore' that it was for 'international law reasons'. With that she meant that American military personnel were not allowed to marry German nationals after the war and as soon as this law was dropped they married. And then it took awhile afterwards to get the whole adoption procedure on track.

I started asking my German side of the family for any information about my story. Slowly I gathered that there was another American, who was my wife's boss and whose name was Mulvihill (I know no first name – nothing else). Both my mother and he worked at the Army & Air Force Exchange Service (commonly known as PX but at that time called EES [Eucom

33620 Pintail Street, Woodland CA 95695  (530) 668-8455
printed on recycled paper of course

# Eugen Dunlap

Exchange System]) at the US Army Grafenwöhr Training area and Weiden, both in West Germany.

I also had additional FamilyTree DNA testing done to possibly find out if I had other relatives out there and to confirm the rumors that Mulvihill was my biological father.  I only had partial success, I was officially added to the Mulvihill clan (allesel at DYS448=17) but it didn't produce any close relatives.

Now I see my only chance in the release of the complete name of my mother's supervisor along with information about his Social Security Number, to find out if he is still alive and to give closure to the unanswered chapter of my life.

I have enclosed as documents:

Army & Air Force Exchange Service denial of information request with letter

Communication with Mulvihill clan

Adoption papers

Death certificates for my parents

Birth certificates for myself

Family tree DNA results

Paternity Analysis Report


Thank you for considering my case
Sincerely,



Eugen Dunlap

**Subject:** Re: YSearch Values
**From:** jim mulvihill <jmulvihill@comcast.net>
**Date:** Thu, 29 Nov 2007 16:11:10 -0500
**To:** Eugen <erdunlap@ucdavis.edu>

Hi Eugen,

Got it. You are officially a Mulvihill!
The key result is the allele at DYS448=17.
I've registered you with Clan Mulvihill (latest newsletter attached) and put you on the mailing list.
Be back to you later with more info (running out to dinner and a show).
Slan,
Jim

Eugen wrote:
> Hi Jim
> my number is HCDE9;   hope it works now
> greetings
> eugen
>
>
> jim mulvihill wrote:
>> Hi Eugen,
>>
>> I do not see your results in YSearch.
>> Do you have a YSearch ID? It will be alphanumeric and 5 digits long (mine is H7G9X).
>> Slan,
>> Jim

| | |
|---|---|
| **MVVol1No6.pdf** | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |

**Subject:** Welcome to Clan Mulvihill
**From:** jim mulvihill <jmulvihill@comcast.net>
**Date:** Fri, 30 Nov 2007 13:32:55 -0500
**To:** Eugen <erdunlap@ucdavis.edu>

Hi Eugen,

Welcome to Clan Mulvihill. Your name and email have been added to our Newsletter distribution. I've also attached another copy of our latest issue.

We are an independent organization of volunteers, registered with the government-sponsored Clans of Ireland, Ltd. in Ireland. Our goals are to enable Mulvihills throughout the world to meet and interact with each other for the purpose of exploring our common heritage.

The Clan spans more than just the Mulvihill surname. It covers the Corca Achlann tribe which is the legendary source of the Mulvihills and the Brennans, and encompasses those Mulvihills that adopted the surnames Mitchell, Mulville, Melville, and others during the period of English persecution.

There is currently no annual fee for Clan membership, although at some time in the future we may enact a nominal fee structure to offset costs currently borne by the volunteer membership and officers.

The Clan publishes a newsletter, the Mulvihill Voice, on a quarterly schedule. The newsletter is emailed free to all members. Contact  Editor Mary Ann Mulvihill-Decker at MulvihillVoice@Hotmail.com with any questions or suggestions, or if you need hard copies by conventional mail. We are constantly seeking articles for publication, family notices, pictures, or any other information which would be broadly of interest to the Clan membership. Your participation is vital and appreciated

The Clan currently organizes and runs one Gathering each year. So far, these events have been held in Ireland, at the historic original homeland of the Mulvihill Clan, in County Roscommon. This was the home territory from the fourth-fifteenth century. The 2007 Gathering was held on Jun 30-Jul 1 in the County Kerry/ Clare region of Ireland, which has been the area of highest concentration of Mulvihills since the early nineteenth century. We explored local sites of interest to the Clan, such as the former  location of the only castle in our history, DoonMulvihill, the home of the last Clan Chieftain, and conducted lectures on Mulvihill history and genealogy. And who can forget, all that laughter and music!!!

The Clan website, located at www.ClanMulvihill.net, is currently under development. We hope ultimately to develop the site as a resource base for genealogy researchers, as well as a chronicle of Clan activities. Please direct any comments, suggestions, or offers of assistance to our Webmaster, James Mulvihill, Jr., at JMulvihill@sis.us. Until our website is fully functional, you are invited to visit my personal site at

www.Mulvihill.net/genealogy for more information on Mulvihill history.

We have started a Genetic Genealogy program to augment conventional studies and provide a path to investigating our ancestry over the course of the millennia. The initial phase consists of analysis of Y chromosome DNA from males. No privacy or medical issues are involved. The test indicates family association over hundreds of generations and is designed to probe the number and location of family groups within the Clan at various points in time. All members are encouraged to participate in this new and most exciting technology. The Clan has a special website for this activity located at www.familytreedna.com/public/mulvihill/index.aspx

Once again, we are pleased and honored to have you join with us as we grow and explore the fascinating history of one of the oldest surnames in the world. We welcome your active participation.
Yours truly,
James Mulvihill
Chieftain, Clan Mulvihill
jmulvihill@comcast.net

| MVVol1No6.pdf | Content-Type: application/pdf |
| --- | --- |
| | Content-Encoding: base64 |



No. 6/1955 of Deed Register

A c t e d   o n

At Berlin-Zehlendorf
On 23 February 1955

Today, the following persons appeared before the undersigned

Heinrich GOEBEL

at 121c Moerchinger Strasse, Berlin-Zehlendorf, Notary Public in the district of the Supreme Court of Appeals at Berlin:

1.  1st Lt Norman Eugene DUNLAP,

2.  The latter's wife Maria Rosa DUNLAP, née Gross,
    both residing at 233 Argentinische Allee, Berlin-Zehlendorf,

3.  Mr. Walter KRIENING, City Guardian in the Juvenile Office of the District Office Zehlendorf of Berlin at 87/91 Teltower Damm, Berlin-Zehlendorf.

The person appeared (under 3), Mr. KRIENING, is personally known to the Notary Public.

The spouses Norman and Maria DUNLAP, née Gross, are not personally known to the Notary Public. They identified themselves as follows:

Mr. Norman Eugene DUNLAP through Identification Card No. 1674679 of the Army of the United States of America of 17 July 1951;

Mrs. Maria Rosa DUNLAP, née Gross, through Identification Paper No. 161/6345/33 of the Police President in Berlin of 3 December 1953;

Thereby the Notary Public obtained reliable information on the identity of the spouses DUNLAP.

Mr. KRIENING is making the following statements for Eugen Richard GROSS, born on 24 August 1953, as legal representative in his capacity as Official Guardian.

Thereupon the persons appeared concluded the following

ADOPTION CONTRACT:

The spouses Norman Eugene and Maria Rosa DUNLAP, née Gross, on the basis of mutual consent, adopt Eugen Richard GROSS, born on 24 August 1953, as mutually adopted child. The child is to bear exclusively the family name of DUNLAP, without adding its previous family name. This is approved by Mr. KRIENING.

HEADQUARTERS
BERLIN   COMMAND
Adoption   Board
APO 742   US ARMY

SUBJECT: Adoption by  **1st Lt and Mrs Norman E Dunlap**  ,  25 Febr 55
                                                              (Date)

TO:       Commander-in-Chief
          United States Army, Europe
          APO 403, US Army
          Attn: Legal Assistance Officer, Judge Advocate


   1.  Pursuant to EUCOM Circular No. 25; 1951, there is inclosed herewith the file pertaining to the adoption of __Eugen Richard Gross__
by _____, Berlin Command, APO 742, US Army.

   2.  In arriving at its recommendation, this board considered the following documents, an English translation of each of which is inclosed in the file:  (The race of the adoptors and the adoptee is Caucasian)

      a.  Medical report of child
      b.  Medical report of prospective father
      c.  Medical report of prospective mother
      d.  Preliminary report by United States Vice Consul, Berlin that the subject child appears eligible for immigration to the United States
      e.  Copy of prospective adoptors' marriage license
      f.  Copy of adoption law of the domiciliary state of prospective adoptors
      g.  Statement signed by prospective adoptors to the effect that they are familiar with the immigration laws of the United States and with the adoption laws of their domiciliary state
      h.  Birth certificate of the child
      i.  Letter of recommendation from adopting father's Commanding officer
      j.  Adoption contract
      k.  Adoptive father's questionnaire
      l.  Adoptive mother's questionnaire
      ~~m.~~ n/a  Letters of recommendations as to prospective adoptors' suitability as parents and their financial status from persons who have known the prospective adoptors a reasonable length of time.
      ~~n.~~ n/a  Statement of consent from British (French) Occupation Forces giving jurisdiction to the German court over the adoption proceedings.

# CERTIFICATION OF VITAL RECORD

## COUNTY OF MONTEREY
### Salinas, California
CERTIFIED COPY OF VITAL RECORDS

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

3 95 27

**DECEDENT PERSONAL DATA**
- 1. Name (First): Maria
- 2. Middle: Rosa
- 3. Last (Family): Dunlap
- 4. Date of Birth: 08/15/1928
- 5. Age Yrs: 66
- 6. Sex: F
- 7. Date of Death: 02/13/1995
- 8. Hour: 0930
- 9. State of Birth: Germany
- 10. Social Security No.: 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
- 11. Military Service: None
- 12. Marital Status: Married
- 13. Education—Years Completed: 12
- 14. Race: White
- 15. Hispanic: No
- 16. Usual Employer: Self-employed
- 17. Occupation: Homemaker
- 18. Kind of Business: Own Home
- 19. Years in Occupation: 41

**USUAL RESIDENCE**
- 20. Residence—Street and Number or Location: 1692 Via Isola
- 21. City: Monterey
- 22. County: Monterey
- 23. Zip Code: 93940
- 24. Yrs in County: 16
- 25. State or Foreign Country: CA

**INFORMANT**
- 26. Name, Relationship: Norman Dunlap – Husband
- 27. Mailing Address: 1692 Via Isola, Monterey, CA 93940

**SPOUSE AND PARENT INFORMATION**
- 28. Name of Surviving Spouse (First): Norman
- 29. Middle: --
- 30. Last Maiden Name: Dunlap
- 31. Name of Father (First): Hans
- 32. Middle: --
- 33. Last: Grosh
- 34. Birth State: Germany
- 35. Name of Mother (First): Maria
- 36. Middle: --
- 37. Last: Lindner
- 38. Birth State: Bavaria

**DISPOSITION(S)**
- 39. Date: 02/15/1995
- 40. Place of Final Disposition: Weiden Cemetery, Weiden, Germany

**FUNERAL DIRECTOR AND LOCAL REGISTRAR**
- 41. Type of Disposition: CR/TR
- 42. Signature of Embalmer: ▶ Not Embalmed
- 43. License No.: --
- 44. Name of Funeral Director: The Paul Mortuary, Inc.
- 45. License No.: 280
- 47. Date: 02/14/1995

**PLACE OF DEATH**
- 101. Place of Death: Residence
- 104. County: Monterey
- 105. Street Address: 1692 Via Isola
- 106. City: Monterey

**CAUSE OF DEATH**
- 107. Death was caused by:
  - (A) Immediate Cause: Metastatic Ovarian Cancer — 6 mos.
- Death Reported to Coroner: No
- Biopsy Performed: No
- Autopsy Performed: No
- 112. Other Significant Conditions: None
- 113. Was Operation Performed: No

**PHYSICIAN'S CERTIFICATION**
- 116. License No.: C-34805
- 117. Date: 02/14/1995
- Decedent Attended Since: 09/01/1993
- Decedent Last Seen Alive: 02/02/1995
- 118. Physician's Name: Jerome Rubin, MD 700 Cass Street, Monterey, CA 93940

MONTEREY CO. DEPT. OF HEALTH
STATE OF CALIFORNIA
COUNTY OF MONTEREY
DATE ISSUED: FEB 1 4 1995

**END OF DOCUMENT**

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Monterey County Vital Records.
This copy is not valid unless prepared on engraved border displaying seal and signature of local Registrar.

# CERTIFICATION OF VITAL RECORD

## COUNTY OF MONTEREY
### Salinas, California

CERTIFIED COPY OF VITAL RECORDS

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3200427

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST (Given) | Norman |
| 2. MIDDLE | Eugene |
| 3. LAST (Family) | DUNLAP |
| 4. DATE OF BIRTH | 08/17/1927 |
| 5. AGE Yrs. | 76 |
| 6. SEX | M |
| 7. DATE OF DEATH | 06/01/2004 Fnd |
| 8. HOUR | Unk. |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | YES |
| 12. MARITAL STATUS | Widowed |
| 13. EDUCATION | Master's |
| 14/15. HISPANIC | NO |
| 16. DECEDENT'S RACE | White |
| 17. USUAL OCCUPATION | Lt. Colonel |
| 18. KIND OF BUSINESS OR INDUSTRY | U.S. Army |
| 19. YEARS IN OCCUPATION | 22 |
| 20. DECEDENT'S RESIDENCE | 1692 Via Isola |
| 21. CITY | Monterey |
| 22. COUNTY/PROVINCE | Monterey |
| 23. ZIP CODE | 93940 |
| 24. YEARS IN COUNTY | 24 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | Martin Dunlap - Son |
| 27. INFORMANT'S MAILING ADDRESS | 2183 Forsythia Way, Martinez, CA 94553 |
| 31. NAME OF FATHER — FIRST | James |
| 33. LAST | Dunlap |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER — FIRST | Lorena |
| 37. LAST (Maiden) | Stapleton |
| 38. BIRTH STATE | TX |
| 39. DISPOSITION DATE | 06/04/2004 |
| 40. PLACE OF FINAL DISPOSITION | Weiden, Germany |
| 41. TYPE OF DISPOSITION(S) | CR/TR |
| 42. SIGNATURE OF EMBALMER | Not Embalmed |
| 44. NAME OF FUNERAL ESTABLISHMENT | Struve and Laporte, Inc. |
| 45. LICENSE NUMBER | FD 322 |
| 47. DATE | 06/04/2004 |
| 101. PLACE OF DEATH | RESIDENCE |
| 104. COUNTY | MONTEREY |
| 105. FACILITY ADDRESS | 1692 VIA ISOLA |
| 106. CITY | MONTEREY |
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — YEARS — 04-180 |
| 112. OTHER SIGNIFICANT CONDITIONS | HYPERTENSION |
| 126. SIGNATURE OF CORONER | (signed) |
| 127. DATE | 06/04/2004 |
| 128. TYPE NAME, TITLE OF CORONER | JAMES MECKEL, DEPUTY CORONER |
| FAX AUTH. # | 9781 |

MONTEREY CO. DEPT. OF HEALTH
STATE OF CALIFORNIA
COUNTY OF MONTEREY

JUN 0 7 2004

*000153908*

By _____ , Local Registrar.

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Monterey County Vital Records.

This copy is not valid unless prepared on engraved border displaying seal and signature of local Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




| A | Staat: BUNDESREPUBLIK DEUTSCHLAND<br>État: RÉPUBLIQUE FÉDÉRALE D'ALLEMAGNE<br>State: FEDERAL REPUBLIC OF GERMANY<br>Estado: REPUBLICA FEDERAL DE ALEMANIA<br>Stato: REPUBBLICA FEDERALE DI GERMANIA | Staat: BONDSREPUBLIEK DUITSLAND<br>Devlet: FEDERAL ALMANYA CUMHURIYETI<br>Država: SAVEZNA REPUBLIKA NJEMAČKA<br>Estado: REPÚBLICA FEDERAL DA ALEMANHA | Gemeinde: Fürth --------------------<br>(Standesamt Fürth, Nr. 816/1953)<br>-/-<br><br>Commune de – Municipality – Municipio de – Comune di – Gemeente – Köy veya mahâlle – Opčina – Concelho d |
|---|---|---|---|

### Auszug aus dem Geburtsregister

Extrait des registres de l'état civil concernant une naissance – Extract of the register of births – Extracto del registro de nacimientos – Estratto del registro delle nascite – Uittreksel uit de registers van de burgerlijke stand omtrent een geboorte – Doğuma ait nüfus kayit hülâsasi sureti – Izvod iz matične knjige rođenih – Certidão de registo de nascimento.

| | |
|---|---|
| a) Geburtsort:<br>lieu de naissance – place of birth – lugar de nacimiento – luogo di nascita – plaats van geboorte – doğum yeri – mjesto rođenja – lugar do nascimento | Fürth -/- |
| b) Geburtsdatum:<br>date de naissance – date of birth – fecha de nacimiento – data di nascita – datum van geboorte – doğum tarihi – datum rođenja – data do nascimento | 24.08.1953 -/- |
| c) Geschlecht des Kindes:<br>sexe de l'enfant – sex of the child – sexo del niño – sesso del bambino – geslacht van het kind – çocuğun cinsiyeti – spol djeteta – sexo do registado | M -/- |
| d) Familienname des Kindes:<br>nom de famille de l'enfant – surname of the child – apellido del niño – cognome del bambino – familienaam van het kind – çocuğun soyadı – prezime djeteta – apelidos do registado | Dunlap -/- |
| e) Vornamen des Kindes:<br>prénoms de l'enfant – christian names of the child – nombres de pila del niño – prenomi del bambino – voornamen van het kind – çocuğun adı – imena djeteta – nome próprio do registado | Eugen Richard -/- |
| f) Familienname des Vaters:<br>nom de famille du père – surname of the father – apellido del padre – cognome del padre – familienaam van de vader – babasının soyadı – prezime oca – apelidos do pai | Dunlap -/- |
| g) Vornamen des Vaters:<br>prénoms du père – christian names of the father – nombres de pila del padre – prenomi del padre – voornamen van de vader – babasının adı – imena oca – nome próprio do pai | Norman Eugene -/- |
| h) Mädchenname der Mutter:<br>nom de jeune fille de la mère – maiden name of the mother – apellido de soltera de la madre – nome di signorina della madre – maisjesnaam van de moeder – anasının evlenmeden önceki soyadı – djevojačko prezime majke – apelidos de solteira da mãe | Groß -/- |
| i) Vornamen der Mutter:<br>prénoms de la mère – christian names of the mother – nombres de pila de la madre – prenomi della madre – voornamen van de moeder – anasının adı – imena majke – nome próprio da mãe | Maria Rosa -/- |

-/-

| Ausstellungsdatum, Unterschrift und Dienstsiegel des Registerführers<br>date de délivrance, signature et sceau du dépositaire<br>date of issue, signature and seal of keeper<br>fecha de expedición, firma y sello del depositario<br>data in cui è stato rilasciato l'atto, con firma e bollo dell'ufficio<br>datum van afgifte, ondertekening en zegel van de bewaarder<br>verildiği tarih, nüfus (ahvali şahsiye) memurunun imzası ve mührü<br>datum izdavanja, potpis i pečat matičara<br>data da emissão, assinatura e selo dos serviços | <br>(Siegel) | Fürth,<br>den 22.07.1996<br><br>Der Standesbeamte<br><br>_(Frank)_ |
|---|---|---|

Internationale Geburtsurkunde.

E 2

# Geburtsurkunde

(Standesamt Fürth _____ Nr. __816__)

_____ Eugen Richard Groß _____

ist am  24. August 1953 _____

in Fürth, Tannenstraße 17 _____ geboren.

Mutter: Maria Rosa Groß, kaufmännische _____

Angestellte, katholisch, wohnhaft in Nürnberg,

Hochstraße 38. _____

Änderungen der Eintragung: _____

Fürth, Bayern, 29. August 1953

Der Standesbeamte
In Vertretung:

# FamilyTreeDNA
## Certificate – Y-DNA

This Certificate confirms that you have had your DNA analyzed by Family Tree DNA. The outcome from each of the thirty-seven Loci examined is reported in the table below.

For your benefit we have listed the Locus designation for all thirty-seven Loci utilized by the geneticists supporting our company. If your alleles for the thirty-seven Loci match another person exactly, then you share the same Haplotype.

Family Tree DNA is a genealogical tool designed to aid individuals wanting to "connect" to other relatives lost in time and where the paper trail no longer exists.

# Eugen R. Dunlap

Your Kit # 103753

| DYS # | 393 | 390 | 19/394 | 391 | 385a | 385b | 426 | 388 | 439 | 389-1 | 392 | 389-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allele | 13 | 23 | 15 | 11 | 11 | 13 | 12 | 12 | 12 | 13 | 13 | 30 |

| DYS # | 458 | 459a | 459b | 455 | 454 | 447 | 437 | 448 | 449 | 464a | 464b | 464c | 464d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allele | 17 | 9 | 10 | 11 | 11 | 25 | 15 | 17 | 30 | 15 | 15 | 17 | 17 |

| DYS# | 460 | H4 | YCA IIa | YCA IIb | 456 | 607 | 576 | 570 | CDY a | CDY b | 442 | 438 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allele | 11 | 11 | 19 | 23 | 16 | 15 | 17 | 16 | 38 | 39 | 13 | 12 |

November 29, 2007

*Matthew E. Kaplan*
Matthew E. Kaplan

Case 2:11-cv-01749-MCE -DAD   Document 1    Filed 06/30/11   Page 15 of 16

# GeneTree™
## DNA TESTING CENTER

Report Date: 16 July 2004

## Paternity Analysis Report

**Case Number:** T020746   **Originator Number:** P036363   **Report Number:** R115855

| | Biological Mother | Child | Alleged Father |
|---|---|---|---|
| **Relationship:** | Biological Mother | Child | Alleged Father |
| **Name:** | Not Provided | Eugen Dunlap | Norman E. Dunlap |
| **Date of Birth:** | | 8/24/53 | 8/17/27 |
| **Ethnicity:** | | | Caucasian |
| **Collection Date:** | | 7/6/04 | 7/6/04 |

### Results:
Norman E. Dunlap is excluded from being the biological father of Eugen Dunlap.
Combined Parentage Index (CPI): approximately 0
Probability of Paternity: approximately 0.0%

### Summary And Interpretation Of Results:
Based on the results from the 15 genetic systems (loci) shown below, Norman E. Dunlap is excluded from being the biological father of Eugen Dunlap because they only share alleles at 6 of the 15 loci analyzed. A CPI greater than 100, representing a Probability of Paternity greater than 99%, is required in order to not exclude the alleged father from being the biological father. The CPI is approximately 0 for this case, resulting in an approximate 0.0% Probability of Paternity for this case.

| Locus | Biological Mother<br>Not Provided | Child<br>Eugen Dunlap | Alleged Father<br>Norman E. Dunlap | Parentage Index |
|---|---|---|---|---|
| CSF1PO | - | 9, 10 | 13, 14 | 0.000 |
| D2S1338 | - | 24, 25 | 17, 24 | 2.128 |
| D3S1358 | - | 14, 15 | 16, 17 | 0.000 |
| D5S818 | - | 12, 13 | 11 | 0.000 |
| D7S820 | - | 11, 12 | 8, 10 | 0.000 |
| D8S1179 | - | 12, 13 | 10, 14 | 0.000 |
| D13S317 | - | 9, 13 | 10, 11 | 0.000 |
| D16S539 | - | 12, 13 | 11, 13 | 1.492 |
| D18S51 | - | 15, 17 | 13, 16 | 0.000 |
| D19S433 | - | 13, 14 | 13, 13.2 | 0.864 |
| D21S11 | - | 31.2, 32.2 | 31, 32.2 | 3.492 |
| FGA | - | 20, 23 | 19, 24 | 0.000 |
| TH01 | - | 6, 9.3 | 7, 9.3 | 0.860 |
| TPOX | - | 8, 11 | 11 | 1.928 |
| vWA | - | 18, 19 | 14, 17 | 0.000 |

This information is confidential. Deoxyribonucleic acid (DNA) was isolated from the specimens submitted for each of the study participants and was characterized using the polymerase chain reaction (PCR) for the genetic systems (loci) listed above. The associations of name, relationship and ethnicity with the accompanying results rely strictly on the information provided to the laboratory. GeneTree is not responsible for the origin and/or transport of the samples prior to arriving at GeneTree. The collection of specimens for the purpose of generating the data shown above was not performed in compliance with established Chain-Of-Custody guidelines. Therefore, these results may not be admissible in a court of law. The participants of this study understand and agree that these results are strictly for personal information only.

James Sorenson, MPH/HSA, CLSp(MB), Laboratory Supervisor
GeneTree DNA Testing Center