IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGEN DUNLAP,

        Plaintiff,                    No. CIV S-11-1749 MCE DAD PS

        vs.

ARMY & AIR FORCE SERVICE,                    ORDER

        Defendant.
_____/

        All pending dates in this matter, including the status conference set for October 14, 2011, have been dropped from the court's calendar at the parties' request as reflected in the Notice of Settlement filed by defendant on October 7, 2011.  (Doc. No. 10.)

DATED: October 12, 2011.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.prose\dunlap1749.settlement2

1