1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EUGEN DUNLAP,

11         Plaintiff,                     No. CIV S-11-1749 MCE DAD PS

12      vs.

13   ARMY & AIR FORCE               ORDER
     SERVICE,
14
           Defendant.
15   _____/

16         All pending dates in this matter, including the status conference set for October

17   14, 2011, have been dropped from the court's calendar at the parties' request as reflected in the

18   Notice of Settlement filed by defendant on October 7, 2011.  (Doc. No. 10.)

19   DATED: October 12, 2011.

20

21                                         _____
                                           DALE A. DROZD
22                                         UNITED STATES MAGISTRATE JUDGE

23   DAD:6
     Ddad1\orders.prose\dunlap1749.settlement2
24

25

26

1