BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGEN DUNLAP,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMY & AIR FORCE EXCHANGE SERVICE,<br><br>    Defendant. | 2:11-cv-1749-MCE-DAD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISPOSITION OF CIVIL ACTION** |

Plaintiff, EUGEN DUNLAP, and defendant, the ARMY & AIR FORCE EXCHANGE SERVICE, a non-appropriated funds instrumentality within the U.S. Department of Defense, hereby settle the action on the following terms:

1. Defendant has found an employee database record that appears responsive to plaintiff's inquiry. This employee is the only one in the database whose information is consistent with the facts given by plaintiff.

2. At the time this stipulation is signed, defendant is turning over that record, after necessary redactions, to plaintiff.

3. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is hereby DISMISSED with prejudice, each side to bear its own costs.

STIPULATION AND ORDER FOR VOLUNTARY DISPOSITION OF CIVIL ACTION         Page 1

| | | |
|---|---|---|
| Dated: October 7, 2011 | | */s/ Eugen Dunlap* <br> EUGEN DUNLAP <br> Plaintiff pro se |
| Dated: October 7, 2011 | | BENJAMIN B. WAGNER <br> United States Attorney |
| | By: | */s/ YHimel* <br> YOSHINORI H. T. HIMEL <br> Assistant U. S. Attorney <br> Attorneys for defendant |

## ORDER

It is APPROVED and SO ORDERED. The Clerk of the Court is directed to close this case.

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE